

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

Nos. 04-14-00232-CR, 04-14-00233-CR, & 04-14-00234-CR

**THE STATE OF TEXAS,**
Appellant

v.

Ricardo **GARZA**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court Nos. 413042, 413041, & 413040
The Honorable Michael La Hood, Judge Presiding

## O R D E R

Ricardo Garza was charged in three separate informations with the offenses of driving while intoxicated, possession of a dangerous drug, and possession of less than 38 grams of a controlled substance in penalty group 3. This is a State's appeal from a trial court's order granting Garza's "Motion to Change Venue." In the motion, Garza expressly asked the trial court for "dismissal of these charges." On March 11, 2014, the trial court rendered an order stating Garza's motion "should [i]n all things be: GRANTED." The State filed a motion to clarify, seeking to determine whether this was a dismissal, which the State is entitled to appeal pursuant to article 44.01(a) of the Code of Criminal Procedure, or merely an order transferring venue, which the State may not appeal. The record does not contain an order with regard to the State's motion to clarify, and therefore, the State has filed a motion to abate in this court, asking that we abate the appeal and order the trial court to clarify its order on Garza's "Motion to Change Venue." We find the State's motion meritorious.

Accordingly, we **ABATE** these appeals and **ORDER** the trial court to clarify whether its March 11, 2014 order "dismissed" the informations or "transferred" the informations based on venue to Medina County. *See* TEX. R. APP. P. 44.4(b). We further **ORDER** the trial court to render a written order clarifying its March 11, 2014 order on or before **May 23, 2014**. We also **ORDER** the county clerk to file in this court on or before **May 28, 2014** a supplemental clerk's record containing the trial court's written clarification order.

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court